IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JAMEL JUSTICE )<br>)<br>      Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL HENRICKSON )<br>[Serve at: )<br>   28605 Mission Bellview Road )<br>   Lansing, Kansas 66053] )<br>)<br>      Defendant. ) | CASE NO. 19-2039 |

## COMPLAINT

Plaintiff Jamel Justice, by and through counsel, states and alleges as follows for his Complaint against Defendant Michael Henrickson:

1. Plaintiff is, and at all times material was, a resident and citizen of the state of Missouri.

2. Defendant Michael Henrickson (hereinafter "Defendant") is, and at all times material was an individual, citizen and resident of the state of Kansas. Defendant can be served with process by delivering a copy of the summons and Complaint to him at his residence address which is 28605 Mission Bellview Road, Lansing, Kansas 66053.

3. This Court has proper jurisdiction over the parties and subject matter based on 28 U.S.C. §1332(a), as complete diversity of citizenship exists between Plaintiff and

Defendant and the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00).

4.  Venue is proper before this Court pursuant to 28 U.S.C.§1391(b)(1), as Defendant resides in this judicial district.

5.  On January 9, 2018 at approximately 2:45 o'clock p.m., Plaintiff was operating a 2005 Honda Accord westbound on 31st Street near the entrance ramp for northbound 71 Highway in Kansas City, Jackson County, Missouri. At the same time and place, Defendant was operating a Ford F-150 truck eastbound on 31st Street when he attempted to execute a left turn in front of Plaintiff to go north on the entrance ramp for 71 Highway.

6.  When Defendant attempted his left turn, he caused his truck to collide with the Plaintiff's car forcing Plaintiff's car into the concrete pedestrian barrier on the north side of 31st Street.

7.  The collision above-described was caused by the negligence of the defendant in that he failed to exercise the highest degree of care when operating his truck by disobeying a red traffic signal, failing to yield the right of way to oncoming traffic, failing to keep a careful lookout for other vehicles on the roadway, and/or failing to swerve, slacken speed or sound a warning or otherwise exercise proper control over his vehicle so as to avoid a collision.

8. As a direct and proximate result of the defendant's negligence, Plaintiff sustained injuries to his head, back and right leg, underwent reasonable and necessary medical and chiropractic care for those injuries, incurred reasonable and customary charges for that medical and chiropractic treatment, lost time, consciously experienced pain, suffering an mental anguish, lost enjoyment of life, and is reasonably expected to continue to experience such losses and damages for the foreseeable future.

**WHEREFORE** Plaintiff Jamel Justice respectfully prays that the Court enter judgment in his favor and against Defendant Michael Henrickson in an amount that is fair and reasonable and exceeding Seventy Five Thousand Dollars ($75,000.00), for his costs incurred herein, and for such other and further relief as the Court deems just, proper and equitable.

Respectfully Submitted,

COUCH, PIERCE, KING &
WHARTON, CHARTERED

MICHAEL W. WHARTON        KS#16228
12 Corporate Woods Suite 370
10975 Benson Drive
Overland Park, Kansas 66210
Telephone: 913-451-8430
Fax: 913-451-8531
Email: mwharton@cpkwlaw.com
**ATTORNEYS FOR PLAINTIFF**

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates Kansas City, Kansas as the location for the trial in this matter.

_____
MICHAEL W. WHARTON

## DEMAND FOR JURY TRIAL

**COMES NOW** the plaintiff, Jamel Justice, and demands trial by jury on all issues so triable.

_____
MICHAEL W. WHARTON